**FILED**

OCT 3 1 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ERROL GEORGE BRYAN, JR.,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　　　)　Civil Action No. *12-1764*
　　　　　　　　　　　　　　　　　　　　)
CLIFFORD CHAMBERS, *et al.*,　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　　　)

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. The application will be granted but the complaint will be dismissed.

The instant complaint is substantially similar to that filed in a recent lawsuit, *see Bryan v. Carter,* No. 12-1624 (D.D.C. filed Sept. 28, 2012), and it will be dismissed as duplicative.

An Order is issued separately.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

DATE: *October 15, 2012*